NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAUNA KEA TECHNOLOGIES,**
*Plaintiff-Appellant,*

**v.**

**ANTICANCER, INC.,**
*Defendant-Appellee.*

---

2014-1412

---

Appeal from the United States District Court for the Southern District of California in No. 3:11-cv-01407-CAB-JMA, Judge Cathy Ann Bencivengo.

---

**JUDGMENT**

---

JEFFREY M. GOEHRING, Young & Thompson, of Alexandria, Virginia, argued for plaintiff-appellant. With him on the brief was DOUGLAS V. RIGLER.

MATT VALENTI, AntiCancer, Inc., of San Diego, California, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 10, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |